UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 25-10484-DMG (ADSx)** | Date | November 5, 2025 |
|---|---|---|---|
| Title | ***Aviator Nation, Inc. v. Allianz Global Risks US Insurance Co.*** | Page | **1** of **2** |

Present: The Honorable    DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**

On October 31, 2025, Plaintiff Aviator Nation, Inc. filed a Complaint against Defendant Allianz Global Risks U.S. Insurance Company. [Doc. # 1 ("Compl.").] Plaintiff alleges three causes of action: (1) declaratory relief – duty to defend; (2) breach of contract; and (3) breach of the covenant of good faith and fair dealing. The Complaint arises out of an insurance coverage dispute relating to an underlying trademark dilution lawsuit filed against Plaintiff in the District of Oregon, that Defendant allegedly has a duty to defend. Plaintiff asserts diversity jurisdiction under 28 U.S.C. section 1332. Compl. at ¶ 4.

Under 28 U.S.C. section 1332(a)(1), the Court has original jurisdiction over a civil action where "the matter in controversy exceeds the sum or value of $75,000" and there is complete diversity of citizenship between the parties. 28 U.S.C. § 1332(a)(1). "The party seeking to invoke the district court's diversity jurisdiction always bears the burden of both pleading and proving diversity jurisdiction." *NewGen, LLC v. Safe Cig, LLC* 840 F.3d 606, 613–14 (9th Cir. 2016). When a plaintiff originally files in federal court, the amount in controversy is determined from the face of the pleadings. *Rainero v. Archon Corp.*, 844 F.3d 832, 840 (9th Cir. 2016).

Plaintiff has alleged insufficient facts in its Complaint for the Court to determine that the amount in controversy exceeds $75,000. Other than a conclusory statement that the "amount in controversy exceeds the sum or value of $75,000 exclusive of interests and costs," the Complaint does not otherwise appear to provide any factual basis to support the amount in damages that Plaintiff seeks. Compl. at ¶¶ 5, 171. For example, the Complaint provides no indication of how much Plaintiff has incurred in defense costs in the underlying action for which it seeks reimbursement.

//

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk DD |
|---|---|---|

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 25-10484-DMG (ADSx)** | Date | November 5, 2025 |
|---|---|---|---|
| Title | *Aviator Nation, Inc. v. Allianz Global Risks US Insurance Co.* | Page | **2** of **2** |

Plaintiff is hereby **ORDERED TO SHOW CAUSE** why this action should not be dismissed without prejudice for lack of subject matter jurisdiction. Plaintiff shall file a response no later than **November 20, 2025** date. Defendant may file its response, if any, by **December 5, 2025**. Failure to file a timely satisfactory response will result in the dismissal of this action for lack of jurisdiction.

**IT IS SO ORDERED.**