**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

AVIATOR NATION, INC.,
Plaintiff,
v.
FIREMAN'S FUND INSURANCE CO.,
Defendant.

Case No. CV 25-10484 DMG (ADSx)

**JUDGMENT**

The Court having granted summary judgment in favor of Defendant Fireman's Fund Insurance Company by Order dated August 10, 2026,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Defendant Fireman's Fund Insurance Company and against Plaintiff Aviator Nation, Inc.

DATED: August 10, 2026

DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE